# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

October 9, 2025

**By ECF and Email**
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re: **United States v. Mass Ngom**
25-Mj-2608 (UA)

Dear Judge Wang:

I write to request a three-week adjournment of the hearings currently scheduled in this matter.  The government has no objection.

Mr. Ngom was presented before the Court on August 18 on a Rule 5(c)(3) matter arising out of the District of Arizona, where he is charged with one count of misdemeanor failure to enter at a designated crossing point.  Mr. Ngom consented to detention and requested a preliminary hearing and an identity hearing, both of which are currently scheduled for October 14.

The parties are in active, good-faith discussions about resolving this matter via a Rule 20 transfer, but need some additional time to complete their negotiations. The government is in discussions with the District of Arizona in an effort to resolve the case in New York. It is therefore requested that the Court adjourn the preliminary and identity hearings to November 4, 2025.  As noted, the government has no objection.

**SO ORDERED:**

Application **GRANTED.**
The preliminary and identity hearing will be held on 11/4/25 before the Magistrate Judge on duty.

_____     10/9/25
**Ona T. Wang**
United States Magistrate Judge

Sincerely,

/s/

Michael Rooney
Assistant Federal Defender
212-417-8715

cc. (by ECF): AUSA Angela Zhu