Case 1:25-mj-02608-UA    Document 11    Filed 10/30/25    Page 1 of 1

Case 1:25-mj-02608-UA    Document 12    Filed 11/03/25    Page 1 of 1

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 30, 2025

**By ECF and Email**
Hon. Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>United States v. Mass Ngom</u>
        25-Mj-2608 (UA)

Dear Judge Ricardo:

    I write to request a two-week adjournment of the hearings currently scheduled for November 4 in this matter. The government has no objection.

    Mr. Ngom was presented before the Court on August 18 on a Rule 5(c)(3) matter arising out of the District of Arizona, where he is charged with one count of misdemeanor failure to enter at a designated crossing point. Mr. Ngom consented to detention and requested a preliminary hearing and an identity hearing, both of which are currently scheduled for November 4.

    The parties are in active, good-faith discussions about resolving this matter via a Rule 20 transfer but need some additional time to complete their negotiations. The government is in continued discussions with the District of Arizona to resolve the case in New York, and we are negotiating the immigration consequences in this case as well. It is therefore requested that the Court adjourn the preliminary and identity hearings to November 18, 2025. As noted, the government has no objection.

APPLICATION GRANTED
11/3/25
Hon. Henry J. Ricardo, U.S.M.J

Sincerely,

/s/

Michael Rooney
Assistant Federal Defender
212-417-8715

cc. (by ECF): AUSA Angela Zhu