UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against –

MASS NGOM,

          Defendant.

- - - - - - - - - - - - - - - - - - X

ORDER OF JUDICIAL REMOVAL

Docket No. 25 Mag 2608

Upon the application of the United States of America, by Angela Zhu, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of MASS NGOM (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of SENEGAL.

3. The defendant arrived in the United States at or near Lukeville, AZ, on or about January 14, 2024, without having been admitted or paroled.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the following offense: Reporting Requirements for Individuals in violation of Title 19 U.S.C. § 1459(a), (e)(1), & (g).

5. A total maximum sentence of 1 year imprisonment may be imposed for the above-mentioned offense.

6.    The defendant is subject to removal from the United States pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality Act of 1952, as amended ("Act" or "INA"), 8 U.S.C. § 1182(a)(6)(A)(i), as an alien who is present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

7.    The defendant has waived his right to notice and a hearing under Section 238(c) of the Immigration and Nationality Act of 1952, as amended, (the "Act" or "INA"), 8 U.S.C. § 1228(c).

8.    The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9.    The defendant has designated SENEGAL as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to SENEGAL.

Dated:   New York, New York
         November __18__, 2025

HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against –

MASS NGOM,

              Defendant.

- - - - - - - - - - - - - - - - - - -X

NOTICE OF INTENT TO
REQUEST JUDICIAL REMOVAL

Docket No. 25 Mag 2608

NOTICE IS HEREBY GIVEN TO MASS NGOM ("the defendant") and to his attorney

of record herein, Michael Rooney Esq., that upon conviction of the defendant for the offense of

Reporting Requirements for Individuals, in violation of 19 U.S.C. § 1459(a), (e)(1), & (g), the

United States of America shall request that the Court issue a Judicial Order of Removal against

the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952, as

amended, 8 U.S.C. § 1228(c).

Dated: New York, New York

11/18/2025

JAY CLAYTON
United States Attorney
Southern District of New York

By:

Angela Zhu
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against –

MASS NGOM,

               Defendant.

CONCURRENCE OF
UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT

Docket No. 25 Mag 2608

- - - - - - - - - - - - - - - - - - X

      Based upon consideration of the applicable law and the defendant's statement, I hereby

concur, on behalf of United States Immigration and Customs Enforcement, in the United States

Attorney's request that a judicial order of removal be granted against the defendant.

New York, New York

Dated November 18, 2025

**KENNETH D GENALO**
Digitally signed by
KENNETH D GENALO
Date: 2025.11.18
12:33:04 -05'00'

KENNETH GENALO
Field Office Director
United States Immigration and Customs Enforcement

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against –

MASS NGOM,

          Defendant.

FACTUAL ALLEGATIONS
IN SUPPORT OF JUDICIAL REMOVAL

Docket No. 25 Mag 2608

- - - - - - - - - - - - - - - - - - X

NOTICE IS HEREBY GIVEN TO MASS NGOM ("the defendant") and to his attorney of

record herein, Michael Rooney, Esq., that the United States of America alleges the following facts

in support of the Notice of Intent to Request Judicial Removal:

1.    The defendant is not a citizen or national of the United States.

2.    The defendant is a native of SENEGAL and citizen of SENEGAL.

3.    The defendant arrived in the United States at or near Lukeville, AZ, on or about
      January 14, 2024, without having been admitted or paroled.

4.    At the time of sentencing in the instant criminal proceeding, the defendant will be
      convicted in the United States District Court, Southern District of New York, of the
      following offense: Reporting Requirements for Individuals in violation of Title 19
      U.S.C. § 1459(a), (e)(1), & (g).

5.    A total maximum sentence of 1 year imprisonment may be imposed for the above-
      mentioned offense.

6.    The defendant is, and at time of sentencing will be, subject to removal from the
      United States pursuant to: Section 212(a)(6)(A)(i) of the Immigration and

Nationality Act of 1952, as amended ("Act" or "INA"), 8 U.S.C. § 1182(a)(6)(A)(i), as an alien who is present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

WHEREFORE, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), the United States of America requests that the Court order the defendant removed from the United States to SENEGAL.

Dated:    New York, New York
          November 18, 2025

                              JAY CLAYTON
                              United States Attorney
                              Southern District of New York

            By:    _____
                   Angela Zhu
                   Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against –

MASS NGOM,

              Defendant.

DEFENDANT'S PLEA STATEMENT IN
SUPPORT OF JUDICIAL REMOVAL

Docket No. 25 Mag 2608

- - - - - - - - - - - - - - - - - - X

        MASS NGOM, defendant in the above-captioned criminal proceeding, hereby states as follows:

1.    My true and correct name is MASS NGOM.

2.    I received a Notice of Intent to Request Judicial Removal ("Notice"), dated, November 18, 2025. I am the person identified in that document. I hereby waive my right, pursuant to Section 238(c)(2)(A) of the Immigration and Nationality Act of 1952, as amended, (the "Act" or "INA") 8 U.S.C. § 1228(c)(2)(A), to have the Notice served upon me prior to the commencement of the trial or entry of a guilty plea in this case.

3.    I received the Factual Allegations in Support of Judicial Removal ("Allegations"), dated November 18, 2025. I hereby waive my right, pursuant to Section 238(c)(2)(B) of the Act 8 U.S.C. § 1228(c)(2)(B), to have the allegations served 30 days prior to sentencing.

4.     My rights in a judicial removal proceeding have been fully explained to me by my attorney, Michael Rooney, Esq.   After consultation with my counsel and understanding the legal consequence of doing so, I knowingly and voluntarily waive the right to the notice and hearing provided for in Section 238(c)(2) of the Act, 8 U.S.C. § 1228(c)(2), and further waive any and all rights to appeal, reopen, reconsider, or otherwise challenge this order.  I understand the rights I would possess in a contested administrative proceedings and I waive these rights, including the right to examine the evidence against me, present evidence on my own behalf, and cross examine witnesses presented by the United States.  I understand these rights and waive further explanation by the Court.

5.     I hereby admit that all of the factual allegations set forth in the Allegations are true and correct as written.

6.     I hereby concede that I am removable from the United States pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality Act of 1952, as amended ("Act" or "INA"), 8 U.S.C. § 1182(a)(6)(A)(i), as an alien who is present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

7.     I hereby waive any and all rights I may have to any and all forms of relief or protection from removal, deportation, or exclusion under the Act, as amended, and related federal regulations. These rights include, but are not limited to, the ability to apply for the following forms of relief or protection from removal: asylum; withholding of removal under Section 241(b)(3) of the Act, 8 U.S.C. § 1231(b)(3); any protection from removal pursuant to Article III of the United Nations

Convention Against Torture, including withholding or deferral of removal under 8 C.F.R. §§ 208.16-17 and 1208.16-17; cancellation of removal; adjustment of status; registry; *de novo* review of a denial or revocation of temporary protected status (current or future); waivers under Sections 212(h) and 212(i) of the Act, 8 U.S.C. §§ 1182(h), 1182(i); visa petitions; consular processing; voluntary departure or any other possible protection or relief from removal available under the Constitution, laws or treaty obligations of the United States.

8.   I agree to the entry of a stipulated judicial order of removal pursuant to Section 238(c)(5) of the Act, 8 U.S.C. § 1228(c)(5). I acknowledge that I have not been persecuted in SENEGAL and have no present fear of persecution in SENEGAL, the country of my citizenship. I further acknowledge that I have not been tortured in SENEGAL and have no present fear of torture in SENEGAL, the country of my citizenship.

9.   I consent to the introduction of this statement as an exhibit in the record of these judicial removal proceedings. I further agree to make the judicial order of removal a public document, waiving my privacy rights, including any privacy rights that might exist under 8 C.F.R. § 208.6.

10.  I agree to assist U.S. Immigration and Customs Enforcement ("ICE") in the execution of my removal. Specifically, I agree to assist ICE in the procurement of any travel, identity, or any other documents necessary for my removal; to meet with and to cooperate with representatives of any country to which I may by statute be removed if ICE so requests; and to execute any forms, applications, or waivers needed to execute or expedite my removal. I further understand that my failure or

refusal to assist ICE in the execution of my removal may subject me to criminal penalties under Section 243 of the Act, 8 U.S.C. § 1253.

11.    I concede that the entry of this judicial order of removal renders me permanently inadmissible to the United States. I agree that I will not enter, attempt to enter, or transit through the United States without first seeking and obtaining permission to do so from the Secretary of the Department of Homeland Security or other designated representative of the U.S. government.

12.    I will accept a written order issued by this Court for my removal from the United States to SENEGAL, and I waive any and all rights to challenge any provision of this agreement in any U.S. or foreign court or tribunal.

11/18/2025
Date

_____
Defendant's Signature

11/18/2025
Date

_____
Attorney for the Defendant