UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-

MASS NGOM,

        Defendant.

-----------------------------------------------------------X

25-MJ-2608 (KHP)

**ORDER**

**KATHARINE H. PARKER**, United States Magistrate Judge:

    In light of the Defendant's guilty plea and sentence imposed on November 18, 2025, the United States Marshal's Service is ORDERED to release the Defendant from its custody pending any other holds.

**SO ORDERED**

November 18, 2025

                                                       Katharine H. Parker
                                                       U.S. Magistrate Judge